**COM.**

v.

**JOHNSON, W.**

**1698 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–32–CR–0001271–2014 (Indiana)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**ZIMMERMAN, M.**

**2433 EDA 2015**

Superior Court of Pennsylvania.

05/08/2017

CP–51–CR–1204831–2003 (Philadelphia)

Affirmed

■

**COM.**

v.

**PHILMORE, L.**

**2758 EDA 2015**

Superior Court of Pennsylvania.

05/08/2017

CP–51–CR–0306321–2004 (Philadelphia)

Affirmed

■

**PORTER, R.**

v.

**SMITHKLINE BEECHAM CORP**

**3516 EDA 2015**

Superior Court of Pennsylvania.

05/08/2017

September Term, 2007, No. 03275 (Philadelphia)

Affirmed

■

**BROWN, M.**

v.

**ZHANG, T.**

**1399 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

October Term, 2013 No. 00857 (Philadelphia)

Affirmed